

| CO | FILE | DEPT | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| GC9 | 213603 | 3310RT | | 0000290515  1 |

515-0001

GC SERVICES  LP
6330 GULFTON, SUITE 480
HOUSTON, TX  77081

# Earnings Statement

Period Beginning: 07/01/2019
Period Ending: 07/14/2019
Pay Date: 07/19/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  WV: 0

BRITNEY  T  PARSLEY
1948  JENNIES  CREEK  RD
# A
KERMIT  WV  25674-8089

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 9.5950 | 26.00 | 249.47 | 2,626.64 |
| Referral Fee | | | 300.00 | 300.00 |
| Sick | 9.5950 | 4.00 | 38.38 | 307.04 |
| Vac Curr | 9.5950 | 40.00 | 383.80 | 767.60 |
| Contest | | | | 50.00 |
| Hday | | | | 76.76 |
| Pflv 4 Ot | | | | 104.36 |
| Pflv2 $1.00 | | | | 415.85 |
| Pflv4 $2.00 | | | | 8,226.65 |
| **Gross Pay** | | | **$971.65** | 12,874.90 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Worked Hrs | 70.00 | |
| Gross Ytd | | 12,874.90 |
| Vacation Balanc | | 0.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -3.33 | 10.30 |
| Social Security Tax | -60.24 | 798.24 |
| Medicare Tax | -14.09 | 186.69 |
| WV State Income Tax | -39.00 | 504.00 |

Other
| | | |
|---|---|---|
| Lg Tm Dis | -2.21 | 33.15 |
| Sh Tm Disab | -5.52 | 82.80 |
| Contest Combo | | 50.00 |
| Paycard Mn Ck | | 72.57 |
| **Net Pay** | **$847.26** | |
| Paycard | -847.26 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $971.65

© 2000 ADP LLC



GC SERVICES  LP
6330 GULFTON, SUITE 480
HOUSTON, TX  77081

Advice number: 00000290515
Pay date: 07/19/2019

**THIS IS NOT A CHECK**

Deposited to the account of
BRITNEY  T PARSLEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxx9273 | xxxx xxxx | $847.26 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| GC9 | 213603 | 3310RT | | 0000270519 1 |
| | | | | 520-0001 |

# Earnings Statement

GC SERVICES LP
6330 GULFTON, SUITE 480
HOUSTON, TX 77081

Period Beginning: 06/17/2019
Period Ending: 06/30/2019
Pay Date: 07/05/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  WV: 0

BRITNEY T PARSLEY
1948 JENNIES CREEK RD
# A
KERMIT WV 25674-8089

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Pflv 4 Ot | 17.3925 | .25 | 4.35 | 104.36 |
| Pflv4 $2.00 | 11.5950 | 80.00 | 927.60 | 8,226.65 |
| Reg | | | | 2,377.17 |
| Contest | | | | 50.00 |
| Hday | | | | 76.76 |
| Pflv2 $1.00 | | | | 415.85 |
| Sick | | | | 268.66 |
| Vac Curr | | | | 383.80 |
| **Gross Pay** | | | **$931.95** | 11,903.25 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Worked Hrs | 80.25 | |
| Gross Ytd | | 11,903.25 |
| Vacation Balanc | | 40.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -57.78 | 738.00 |
| Medicare Tax | | -13.52 | 172.60 |
| WV State Income Tax | | -37.00 | 465.00 |
| Federal Income Tax | | | 6.97 |
| **Other** | | | |
| Lg Tm Dis | | -2.21 | 30.94 |
| Sh Tm Disab | | -5.52 | 77.28 |
| Contest Combo | | | 50.00 |
| Paycard Mn Ck | | | 72.57 |
| **Net Pay** | | **$815.92** | |
| Paycard | | -815.92 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $931.95

© 2000 ADP LLC



GC SERVICES LP
6330 GULFTON, SUITE 480
HOUSTON, TX 77081

Advice number: 00000270519
Pay date: 07/05/2019

Deposited to the account of
BRITNEY T PARSLEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxx9273 | xxxx xxxx | $815.92 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| GC9 | 213603 | 3310RT | | 0000250511 | 1 |

511-0001

**Earnings Statement** 

GC Services

GC SERVICES LP
6330 GULFTON, SUITE 480
HOUSTON, TX 77081

Period Beginning:  06/03/2019
Period Ending:     06/16/2019
Pay Date:          06/21/2019

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal: 3
  WV:      0

BRITNEY T PARSLEY
1948 JENNIES CREEK RD
# A
KERMIT WV 25674-8089

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Contest | | | 50.00 | 50.00 |
| Pflv 4 Ot | 17.3925 | 1.25 | 21.74 | 100.01 |
| Pflv4 $2.00 | 11.5950 | 80.00 | 927.60 | 7,299.05 |
| Reg | | | | 2,377.17 |
| Hday | | | | 76.76 |
| Pflv2 $1.00 | | | | 415.85 |
| Sick | | | | 268.66 |
| Vac Curr | | | | 383.80 |
| **Gross Pay** | | | **$999.34** | 10,971.30 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Worked Hrs | 81.25 | |
| Gross Ytd | | 10,971.30 |
| Vacation Balanc | | 40.00 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -6.09 | 6.97 |
| Social Security Tax | -61.96 | 680.22 |
| Medicare Tax | -14.49 | 159.08 |
| WV State Income Tax | -41.00 | 428.00 |

| Other | | |
|---|---|---|
| Contest Combo | -50.00 | 50.00 |
| Lg Tm Dis | -2.21 | 28.73 |
| Sh Tm Disab | -5.52 | 71.76 |
| Paycard Mn Ck | | 72.57 |
| **Net Pay** | **$818.07** | |
| Paycard | -818.07 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $999.34



GC SERVICES LP
6330 GULFTON, SUITE 480
HOUSTON, TX 77081

Advice number: 00000250511
Pay date: 06/21/2019

Deposited to the account of
BRITNEY T PARSLEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx7070 | xxxx xxxx | $818.07 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| GC9 | 213603 | 3310RT | | 0000230501 | 2 |
| | | | | 501-0001 | |



GC SERVICES LP
6330 GULFTON, SUITE 480
HOUSTON, TX 77081

**Earnings Statement** 

Period Beginning:  05/20/2019
Period Ending:     06/02/2019
Pay Date:          06/07/2019

Taxable Marital Status:  Married
Exemptions/Allowances:
    Federal:  3
    WV:       0

BRITNEY T PARSLEY
1948 JENNIES CREEK RD
# A
KERMIT WV 25674-8089

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 9.5950 | 32.50 | 311.84 | 2,377.17 |
| Pflv4 $2.00 | 11.5950 | 39.50 | 458.00 | 6,371.45 |
| Hday | | | | 76.76 |
| Pflv 4 Ot | | | | 78.27 |
| Pflv2 $1.00 | | | | 415.85 |
| Sick | | | | 268.66 |
| Vac Curr | | | | 383.80 |
| **Gross Pay** | | | **$769.84** | 9,971.96 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Worked Hrs | 72.00 | |
| Gross Ytd | | 9,971.96 |
| Vacation Balanc | | 40.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Social Security Tax | -47.73 | 618.26 |
| Medicare Tax | -11.16 | 144.59 |
| WV State Income Tax | -29.00 | 387.00 |
| Federal Income Tax | | 0.88 |

Other
| | | |
|---|---|---|
| Lg Tm Dis | -2.21 | 26.52 |
| Sh Tm Disab | -5.52 | 66.24 |
| Paycard Mn Ck | | 72.57 |

| **Net Pay** | **$674.22** |
|---|---|
| Paycard | -674.22 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are $769.84

© 2000 ADP, LLC



GC SERVICES LP
6330 GULFTON, SUITE 480
HOUSTON, TX 77081

Advice number:  00000230501
Pay date:       06/07/2019

Deposited to the account of
BRITNEY T PARSLEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx7070 | xxxx xxxx | $674.22 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|-----|------|------|-------|-----------|---|
| GC9 | 213603 | 3310RT | | 00000210487 | 1 |

487-0001

## Earnings Statement 

GC SERVICES LP
6330 GULFTON, SUITE 480
HOUSTON, TX 77081

Period Beginning: 05/06/2019
Period Ending: 05/19/2019
Pay Date: 05/24/2019

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 3
    WV: 0

BRITNEY T PARSLEY
1948 JENNIES CREEK RD
# A
KERMIT WV 25674-8089

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 9.5950 | 78.00 | 748.41 | 2,449.13 |
| Ot | 14.3925 | .25 | 3.60 | 3.60 |
| Sick | 9.5950 | 2.00 | 19.19 | 268.66 |
| Hday | | | | 76.76 |
| Pflv 4 Ot | | | | 73.92 |
| Pflv2 $1.00 | | | | 415.85 |
| Pflv4 $2.00 | | | | 5,449.65 |
| Vac Curr | | | | 383.80 |
| **Gross Pay** | | | **$771.20** | 9,121.37 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Worked Hrs | 80.25 | |
| Gross Ytd | | 9,121.37 |
| Vacation Balanc | | 40.00 |

**Deductions**

Statutory
Social Security Tax        -47.81    565.52
Medicare Tax               -11.18    132.26
WV State Income Tax        -30.00    356.00
Federal Income Tax                     0.88

Other
Lg Tm Dis                   -2.21     24.31
Sh Tm Disab                 -5.52     60.72

**Net Pay**                **$674.48**
Paycard                   -674.48
**Net Check**              **$0.00**

Your federal taxable wages this period are $771.20

© 2000 ADP LLC



GC SERVICES LP
6330 GULFTON, SUITE 480
HOUSTON, TX 77081

Advice number: 00000210487
Pay date: 05/24/2019

Deposited to the account of    account number    transit ABA    amount
BRITNEY T PARSLEY              xxxxxxxxxxxx7070  xxxx xxxx      $674.48

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| GC9 | 213603 | 3310RT | | 0000190469  1 |

469-0001

**Earnings Statement**  ADP

GC SERVICES LP
6330 GULFTON, SUITE 480
HOUSTON, TX 77081

GC Services

Period Beginning:  04/22/2019
Period Ending:    05/05/2019
Pay Date:         05/10/2019

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:    3
    WV:         0

BRITNEY T PARSLEY
1948 JENNIES CREEK RD
# A
KERMIT WV 25674-8089

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 9.5950 | 35.00 | 335.83 | 1,700.72 |
| Pflv 4 Ot | 17.3925 | .25 | 4.35 | 73.92 |
| Pflv4 $2.00 | 11.5950 | 40.00 | 463.80 | 5,449.65 |
| Sick | 9.5950 | 6.00 | 57.57 | 249.47 |
| Hday | | | | 76.76 |
| Pflv2 $1.00 | | | | 415.85 |
| Vac Curr | | | | 383.80 |
| **Gross Pay** | | | **$861.55** | 8,350.17 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gross Ytd | | 8,350.17 |
| Vacation Balanc | | 40.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Social Security Tax | -53.42 | 517.71 |
| Medicare Tax | -12.50 | 121.08 |
| WV State Income Tax | -34.00 | 326.00 |
| Federal Income Tax | | 0.88 |

Other
| | | |
|---|---|---|
| Lg Tm Dis | -2.21 | 22.10 |
| Sh Tm Disab | -5.52 | 55.20 |
| **Net Pay** | **$753.90** | |
| Paycard | -753.90 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $861.55

© 2000 ADP LLC



GC Services

GC SERVICES LP
6330 GULFTON, SUITE 480
HOUSTON, TX 77081

Advice number:  00000190469
Pay date:       05/10/2019

THIS IS NOT A CHECK

Deposited to the account of
BRITNEY T PARSLEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx7070 | xxxx xxxx | $753.90 |

**NON-NEGOTIABLE**